# UNITED STATES DISTRICT COURT

for the
Eastern District of Missouri

**In the Matter of the Search of** USPS Priority Mail tracking number **9205590327908756520765** addressed to "Donald Maher" at "Apt E, 5528 Southfield Dr, Saint Louis MO 63129." The **Subject Parcel** was addressed from "Joy Art Emporium" at "96120 N 2nd Street, Phoenix, AZ, 85020."

Case No. 4:26 MJ 3209 NCC

*Signed and Submitted to the Court for filing by reliable electronic means*

**FILED UNDER SEAL**

## APPLICATION FOR A SEARCH WARRANT

I, Dominic M. Margherio, a federal law enforcement officer or an attorney for the government request a search warrant and state under penalty of perjury that I have reason to believe that on the following property:

USPS Priority Mail tracking number **9205590327908756520765** addressed to "Donald Maher" at "Apt E, 5528 Southfield Dr, Saint Louis MO 63129." The **Subject Parcel** was addressed from "Joy Art Emporium" at "96120 N 2nd Street, Phoenix, AZ, 85020."

located in the EASTERN District of MISSOURI, there is now concealed

Controlled Substances and/or United States Currency

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

✓ evidence of a crime;
✓ contraband, fruits of crime, or other items illegally possessed;
✓ property designed for use, intended for use, or used in committing a crime;
❑ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| *Code Section* | *Offense Description* |
|---|---|
| Title 21, U.S.C., §§ 846, 841(a)(1) | Conspiracy to possess with intent to distribute controlled substance(s) |

The application is based on these facts:

SEE ATTACHED AFFIDAVIT WHICH IS INCORPORATED HEREIN BY REFERENCE.

✓ Continued on the attached sheet.

.

I state under penalty of perjury that the foregoing is true and correct

Dominic M Margherio

Dominic M. Margherio, Postal Inspector USPIS

Sworn to, attested to, and affirmed before me via reliable electronic means pursuant to Federal Rules of Criminal Procedure 4.1 and 41

Date: October 13, 2026

Noelle C. Collins
*Judge's signature*

City and State: St. Louis, MO

Honorable Noelle C. Collins, U.S. Magistrate Judge
*Printed name and title*

AUSA: Dane A. Rennier

# AFFIDAVIT

I, Dominic M. Margherio, being duly sworn, state the following:

1. I make this affidavit in support of an application under Rule 41 of the Federal Rules of Criminal Procedure for a search warrant authorizing the opening and examination of a parcel—USPS Priority Mail parcel bearing USPS Priority Mail tracking number **9205590327908756520765** —that is currently in law enforcement possession, and the seizure of controlled substances, U.S. currency, and/or packaging materials from the parcel.

2. I am a United States Postal Inspector with the United States Postal Inspection Service (USPIS). I am currently assigned to the Chicago Division at the St. Louis, Missouri, Field Office. I have been a Postal Inspector since May of 2024, after having completed Basic Postal Inspector Training which included the investigation of controlled substances or proceeds/payments being transported through the United States via the U.S. Mail. I am assigned to the USPIS St. Louis Field Office Contraband Interdiction and Investigations (CI2) Team which specializes in the identification, investigation, and ultimately the dismantling of Drug Trafficking Organizations who utilize the U.S. Mail to facilitate narcotics trafficking. Prior to becoming a Postal Inspector, I was a Detective with the Florissant Police Department, in the St. Louis, Missouri, area for two and a half years. I was also a patrol officer for the Florissant Police Department and University City Police Departments for five and a half years. During my tenure as a police officer, I received additional training in narcotics and violent crime investigations.

3. Experience and drug trafficking intelligence information gathered by the USPIS have demonstrated that the U.S. Postal Service Express Mail, Ground Advantage, and Priority Mail are frequently utilized by drug traffickers for shipping controlled substances or proceeds/payments. Use of Express Mail, Ground Advantage, and Priority Mail are favored

because of the speed (Express Mail - overnight; Ground Advantage and Priority mail - two-day delivery), reliability, free telephone and internet package tracking service, as well as the perceived minimal chance of detection. Express Mail was originally intended for urgent, business-to-business, correspondence. Intelligence from prior packages, which were found to contain controlled substances or proceeds/payments, has indicated that these labels are usually from an individual to an individual. Express Mail, Ground Advantage, and Priority Mail are seldom used for individual-to-individual correspondence.

4. Information gathered by the USPIS has also demonstrated that other delivery couriers, such as Federal Express and United Parcel Service, are frequently utilized by drug traffickers for shipping controlled substances or proceeds/payments. Information gathered by the USPIS has demonstrated that the services and delivery practices of Federal Express and United Parcel Service are similar to U.S. Postal Service Express Mail, Ground Advantage, and Priority Mail. Like U.S. Postal Service Express Mail, Ground Advantage, and Priority Mail, Federal Express and United Parcel Service are favored because of the speed, reliability, free telephone and internet package tracking service, as well as the perceived minimal chance of detection. Like U.S. Postal Service Express Mail, Ground Advantage, and Priority Mail, Federal Express and United Parcel Service were originally intended for urgent, business-to-business, correspondence. However, intelligence from prior packages which were found to contain controlled substances or proceeds/payments, has indicated that these shipping labels are usually from an individual to an individual. Federal Express and United Parcel Service are seldom utilized to convey individual-to-individual correspondence.

5. In an effort to combat the flow of controlled substances through the

overnight or two to three-day delivery services, interdiction programs have been established in cities throughout the United States by the USPIS. These cities have been identified as known sources of, and destinations for, controlled substances. The USPIS conducted an analysis of prior packages mailed through overnight and/or two to three-day delivery services that contained controlled substances or proceeds/payments of controlled substance sales. The analysis of those prior packages indicated that these labels are usually from an individual to an individual. In the few cases when overnight, and or two-to-three-day delivery service packages containing controlled substances or proceeds/payments have displayed a business or company name, it has usually proven to be a fictitious business or company, or the business listed is not associated with the mailer and was randomly selected by the mailer to deter law enforcement detection. In such instances, Postal Inspectors review available business records to verify the postage payment utilized by the mailer.

6. Most business mailings sent via USPS or through other private couriers reflect a pre-established postage meter or other various lines of credit to pay for the postage. Additionally, during the Silk Road investigation (dark web investigation that provided avenues to customers to order narcotics via the internet) the USPIS learned that unknown persons posted intelligence on the Silk Road website warning would be drug mailers that most USPIS search warrant affidavits for narcotics/narcotics proceeds packages, reflect mailing labels written as person-to-person and bore fictitious addressee and sender names. Due to the posting on the Silk Road Website, USPIS has noticed an increased number of packages utilizing valid sender and addressee names and or valid business names on narcotics/narcotics proceeds packages. Recent analysis has also shown that whether the mailer utilized a legitimate name/business on a mailing label or a fictitious name on the mailing label, cash payment for postage is the method of payment for most narcotics/narcotics proceeds parcels. USPIS analysis has established a series of characteristics

which, when found in combination of two or more, have shown a high probability that the package will contain a controlled substance or the proceeds of controlled substance sales. Information collected by the USPIS has demonstrated that the presence of these characteristics is significant for delivery services, to include U.S. Postal Service Express Mail, U.S. Postal Service Priority Mail, U.S. Postal Service Ground Advantage, Federal Express, and United Parcel Service. This profile includes the following characteristics: package mailed from or addressed to a narcotic source city; package has a fictitious return address; package addressee name is unknown at the destination address; package sender name is unknown at the return address; package has address information which is handwritten; package is mailed from a Commercial Mail Receiving Agency (CMRA); package is addressed to residential areas; package is addressed from an individual to an individual; packages are wrapped in brown paper and/or heavily taped; and the ZIP Code from where the package is mailed is different than the ZIP Code used in the return address, and or any other characteristic previously noted in this paragraph.

7. The U.S. Postal Inspection Service St. Louis Field Office's CI2 Team has found the characteristics listed in paragraphs three through six, are indicative of packages, which have been found to contain illegal controlled substances or the proceeds/payments for controlled substances.

8. This affidavit is submitted for the limited purpose of establishing probable cause for the search warrant(s) sought. I have not set forth each and every fact known to me concerning this investigation. I have included what I believe are facts sufficient to establish probable cause that violations of Title 21, U.S.C. §§ 84 1(a)(l), 846, 843(b), and Title 18, United States Code, Sections 1956, and 1957, have occurred, are occurring,

and will occur. The information contained in this affidavit is based upon my personal knowledge and investigation, as well as information conveyed to me by other law enforcement agents and employees.

9. On October 8, 2026, I was contacted by United States Postal Inspection Service (USPIS) U.S. Postal Inspector Dylan Louis, of the Cleveland, Ohio, domicile, in reference to a parcel destined for my area of responsibility. Postal Inspector Louis advised he was conducting an investigation of a darknet mailer that was located in the Phoenix, Arizona, area, and had previously shipped United States Postal Service (USPS) parcels containing narcotics to Cleveland, Ohio. Of note, during the week of September 14, 2026, Postal Inspectors in Phoenix, Arizona located USPS Parcel 9205590327908755543154 destined for Mobile, Alabama. The USPS Parcel destined for Alabama bore a sender name of "Joy Art Emporium" at "96120 N 2nd Street, Phoenix, AZ, 85020." Postal Inspectors in Alabama located and detained the parcel and obtained a federal search warrant for the parcel through the Southern District of Alabama. Upon execution of the search warrant, Postal Inspectors located approximately 32 grams of suspected MDMA, 98 grams of suspected Adderall, and 135 grams of suspected Xanax.

10. Postal Inspector Louis informed me he was conducting an inquiry into USPS business records on October 7, 2026, when he located a USPS parcel bearing USPS Priority Mail tracking number **9205590327908756520765** (hereinafter: "**Subject Parcel**") addressed to "Donald Maher" at "Apt E, 5528 Southfield Dr, Saint Louis MO 63129." The **Subject Parcel** was addressed from "Joy Art Emporium" at "96120 N 2nd Street, Phoenix, AZ, 85020." The **Subject Parcel**, which is an approximate 2.56-ounce package with unknown pre-paid postage, was mailed on October 7, 2026, from the city of Phoenix, Arizona 85020 Post Office.

11. On October 9, 2026, I responded to the South County Post Office located at 5636

Telegraph Road, St. Louis, MO 63129, wherein I located and examined the **Subject Parcel**. The **Subject Parcel** is a white USPS Small Flat Rate Box, which measures approximately eight and a half inches, by five and a half inches, by one and three-fourths inches (8.5" x 5.5" x 1.75"). I observed both seams of the ends of the **Subject Parcel** were taped. The **Subject Parcel** has a white electronically generated adhesive label affixed to the top of the package. The electronically generated label is applied by the sender due to the purchase of pre-paid postage, and bears information such as the tracking number and indicia, as well as origin, postage amount, etc. I observed the **Subject Parcel** contained the same previously mentioned sender and recipient information on the adhesive label.

12. I reviewed available USPS, law enforcement, and open-source databases, and determined the recipient address is an existing, deliverable address recognized by the USPS. A review of the same databases determined the sender address was not an existing, deliverable address recognized by the USPS. A review of the same databases also determined the sender name "Joy Art Emporium," did not associate to Phoenix, Arizona. A review of the same databases determined the recipient's name, "Donald Maher," did associate to the address in St. Louis, Missouri. Based on my training and experience, I know narcotics traffickers often utilize fictitious or inconsistent sender and/or recipient information on parcels to avoid detection from law enforcement.

13. Based upon the characteristics of the **Subject Parcel** being consistent with parcels found in past USPIS investigations that have been found to contain narcotics or contraband, or proceeds from narcotics/contraband sales, I detained the **Subject Parcel** and transported the **Subject Parcel** to the USPIS St. Louis Field Office. On October 9, 2026, USPIS Task Force Officer (TFO) Mason McNail was contacted, who is a K-9

Handler employed by the North County Police Cooperative. TFO McNail responded to the St. Louis Gateway Strikeforce and was accompanied by his narcotic-trained canine, Tobi. The **Subject Parcel** was placed in an area not known to have been previously contaminated by a narcotic odor. TFO McNail had Tobi search this area which also contained several empty boxes. Tobi bypassed all the empty boxes and upon arriving at the **Subject Parcel**, TFO McNail advised that canine Tobi reacted in a positive manner, which I observed, indicating the presence of a narcotic odor.

14. Based on my training and experience, as well as the training and experience of other members of the USPIS Saint Louis CI2 Team, I know that the size and weight of the **Subject Parcel**, coupled with other indicators (i.e. taped seams; fictitious sender information; and a positive reaction by a narcotic trained canine), are indicative of other packages which have been found in the past to contain illegal narcotics and/or contraband, or the proceeds/payments for illegal narcotic/contraband trafficking. Consequently, I believe the parcel contains evidence in violation of Title 21, United States Code, Sections 841(a)(1) and 846, and/or Title 18, United States Code, Sections 1952, 1956, and 1957.

15. The **Subject Parcel** is currently in the custody of Postal Inspector Dominic M. Margherio in the Eastern District of Missouri. Attached herewith is a picture of the mailing label for the **Subject Parcel** and a copy of the qualifications for Canine Tobi.

16. Because this investigation is ongoing, and its success would be jeopardized if the contents of this affidavit were made public, Inspectors request that this affidavit be sealed until further order of the Court.

I state under penalty of perjury that the foregoing is true and correct.

Dominic M Margherio

DOMINIC M. MARGHERIO
UNITED STATES POSTAL INSPECTOR

Sworn to, attested to, and affirmed before me via reliable electronic means pursuant to Federal Rules of Criminal Procedure 4.1 and 41 this 13th day of October, 2026.

Noelle C. Collins

NOELLE C. COLLINS
United States Magistrate Judge
Eastern District of Missouri

**North County Police Cooperative**
Bureau of Criminal Investigations Canine Detective
Canine Probable Cause Affidavit of Qualifications
Handler: Detective Mason McNail, DSN 373
Canine "Tobi"

I, Detective Mason McNail, DSN 373, have been a Commissioned Police Officer with the North County Police Cooperative since January of 2021. I have previously amassed approximately 29 years of police and narcotics experience while employed by the North County Police Cooperative, Lincoln County Sheriff's Office, Richmond Heights Police Department, and the St. Ann Police Department. I was also assigned to the Drug Enforcement Administration as a Task Force Officer from 2013 to 2017. I have completed 960 hours of Missouri P.O.S.T. required Law Enforcement Academy requirements. Canine "Tobi" and I are currently assigned to the North County Police Cooperative Bureau of Criminal Investigations, as well as the United States Postal Inspection Service.

Canine Tobi is a brindle colored, male, Dutch Shepherd. He was born on June 10, 2018. Canine Tobi and I attended and completed the "Narcotics Detection" training course from August 2, 2020 through August 14, 2020. This course was held at F.M. K9, located in Berrien Center, Michigan. The training course consisted of two weeks of instruction in the application of canine obedience, narcotics/controlled substance detection, and article search. Canine Tobi and I were last certified by the National Detection and Patrol Canine Association (NDPCA) as an accredited Narcotic Detection Canine team on July 29, 2026.

Canine Tobi has been trained to sniff and alert to the distinctive odors of controlled substances including Heroin, Cocaine, Methamphetamine, and Marijuana. Canine Tobi alerts to these odors in a passive manner and exhibits a significant change in behavior by sitting, standing, or laying at, or as close as he can get to, the source of the odor.

Since Canine Tobi and I began working, he has been responsible for the seizure of 742 pounds of marijuana, 404 pounds of methamphetamine, 101 pounds of fentanyl, 41 pounds of cocaine, 2.8 grams of LSD, 65 pounds of Psilocybin, 19 pounds of Promethazine, 5.6 pounds of Ecstasy, 16 grams of heroin, 56.7 grams of crack cocaine, 2.5 pounds of Xanax, 3.8 grams of Ketamine, 5 pounds of gunpowder, 280 grams of Zolpidem, and 15 firearms. All weights are approximate. Canine Tobi has also been responsible for the seizure of approximately $1,423,721 in smuggled bulk US Currency and Money Orders.

Canine Tobi and I train a minimum of 16 hours per month, in the areas of narcotic detection, obedience, tracking, and article searches with the Maryland Heights Police Department, certified trainers, other canine programs, and/or on our own time.

This affidavit is current as of July 29, 2026.

Detective Mason McNail, DSN 373
North County Police Cooperative
Bureau of Criminal Investigations
8027 Page
St. Louis, MO
314-427-8000


PRIORITY MAIL®
PRIORITY MAIL
SMALL FLAT RATE
POSTAGE REQUIRED
UNITED STATES POSTAL SERVICE®
USPS APIs
P
usps.com
US POSTAGE
U.S. POSTAGE PAID
Mailed from 85020
PRIORITY MAIL®
JOY ART EMPORIUM
96120 N 2ND ST
PHOENIX AZ 85020
Created 10/03/2026
RDC 03
DONALD MAHER
APT E
5528 SOUTHFIELD DR
SAINT LOUIS MO 63129
USPS TRACKING # USPS Ship
9205 5903 2790 8756 5207 65
FLAT RATE SML BOX
SMALL FLAT RATE BOX
ONE RATE ■ ANY WEIGHT
TRACKED ■ INSURED
PS00011000003